# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Active | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue
Suite 840
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April) |
| 2. 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Stetson University, Inc.-Teaching | $2,550.00 |
| 2. 2019 | West Publishing Corporation-Royalties from Bankruptcy Law Manual | $14,554.21 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Florida-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | January 16-17, 2019 | Orlando, FL | Business Law Section Committee & Executive Council Meetings | Transportation, lodging, meals |
| 2. | The Florida Bar | March 9-18, 2019 | Tel Aviv, Israel | Business Law Section Executive Council Retreat | Transporation, lodging, meals |
| 3. | Central Florida Bankruptcy Law Association | June 13-14, 2019 | Orlando, FL | Seminar Speaker/Panelist | Transportation, lodging, meals |
| 4. | The Florida Bar | June 26-28, 2019 | Boca Raton, FL | Business Law Section Committee & Executive Council Meetings | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

| 5. | Federal Courts Clerks Association | August 12-13, 2019 | Bonita Springs, FL | Speaker-Welcome remarks at Annual Conference | Transportation, lodging, meals |
| 6. | Jacksonville Bankruptcy Bar Association | August 22-24, 2019 | Ponte Vedra Beach, FL | Seminar Panelist | Lodging & meals |
| 7. | National Conference of Bankruptcy Judges | October 29-31, 2019 | Washington, DC | Annual Conference | Lodging |
| 8. | The Florida Bar | November 7-8, 2019 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Schwab-Joint Tenants Account (H) | | | | | | | | | |
| 2. - Money Market | A | Interest | J | T | | | | | |
| 3. Schwab IRA (H) | | | | | | | | | |
| 4. - DFA Emerging Markets Core Equity Portfolio | A | Dividend | L | T | | | | | |
| 5. - DFA Emerging Markets Value Portfolio | A | Dividend | K | T | | | | | |
| 6. - DFA Two Year Global Fixed Income Portfolio | B | Dividend | M | T | Buy (add'l) | 12/31/19 | J | | |
| 7. - DFA US Large Co. Portfolio | C | Dividend | M | T | | | | | |
| 8. - DFA US Large Cap Value Portfolio | D | Dividend | M | T | | | | | |
| 9. - DFA US Micro Cap Portfolio | B | Dividend | K | T | | | | | |
| 10. - DFA US Small Cap Value Portfolio | C | Dividend | L | T | Buy (add'l) | 07/30/19 | J | | |
| 11. - DFA Intl Vector Eqty Port | A | Dividend | K | T | | | | | |
| 12. - DFA International Core Equity Portfolio | A | Dividend | M | T | | | | | |
| 13. - DFA Global Real Estate Securities Portfolio | D | Dividend | L | T | Sold (part) | 05/28/19 | J | | |
| 14. | | | | | Sold (part) | 11/07/19 | J | | |
| 15. - DFA Short Term Extended Quality Port Instl | B | Dividend | M | T | | | | | |
| 16. - Vanguard Inflation Protected Secs Adm Shr | A | Dividend | K | T | | | | | |
| 17. - DFA Short Duration Real Return Port Inst | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - DFA Inter Term Extended Quality Port Inst Cl | A | Dividend | L | T | | | | | |
| 19.  - Vanguard Mortgage Backed Sec Index Admiral | A | Dividend | K | T | | | | | |
| 20.  Sunrust bank accounts | A | Interest | J | T | | | | | |
| 21.  Smart 529 College Savings Plan-#1 (H) | | | | | | | | | |
| 22.  - Aggressive Growth Portfolio D | E | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.A., Line 1: Compensation is within the limitation set forth in Section 3(a) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment; and prior approval was sought and obtained as required by Section 5(a)(5).

Part III.A., Line 2: Royalties do not constitute outside earned income, pursuant to Section 3(b)(5) of the Judicial Conference Regulations on Gifts, Outside Earned Income, Honoraria and Employment.

Part VI: The Chase credit card has not previously met the threshold for reporting.

Part VI: The balances on the Capital One credit card and Suntrust Bank line of credit (included in the 2018 report) were below the reporting threshold at the end of this reporting period and thus have been omitted from this report.

Part VII, Schwab IRA (H): -Pimco High Yield Spectrum Instl not listed because the asset was sold 06/15/18 (see Part VII, Line 12 of 2018 report).

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 04/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544